IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. DRISCOLL, JR., ANNE BRYDON TAYLOR, and CORY BROWN, on behalf of themselves and all others similarly situated, ) ) ) ) ) | Civil Action No. 1:06CV00916 |
| ) | Judge Reggie B. Walton |
| Plaintiff, ) ) | |
| v. ) ) | |
| VERIZON COMMUNICATIONS, INC., ) ) | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Driscoll, Taylor and Brown, by and through their undersigned attorneys, hereby notify the Court of their voluntary dismissal without prejudice of their claims pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

DATED: MAY 25, 2006                Respectfully submitted,

                                                /s/
Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street, NW
Suite 500
Washington, D.C. 20038
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Alexander E. Barnett
THE MASON LAW FIRM, P.C.
One Pennsylvania Plaza
Suite 4632
New York, NY 10119

Telephone: (212)-362-5770
Facsimile: (917)-591-5227

Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401)-831-7730
Facsimile: (401)-861-6064

Andrew Kierstead
LAW OFFICES OF ANDREW KIERSTEAD
1001 S.W. 5th Ave., Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Case 1:06-cv-00916-RBW   Document 2   Filed 05/25/2006   Page 2 of 2